**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds
                                            Plaintiff,

v.                                          Case No.: 1:24−cv−12670
                                            Honorable Franklin U. Valderrama

Pachin Enterprises, Inc., an Illinois corporation
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 9, 2025:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing on settlement held on 10/9/25 and continued to 10/23/25 at 10:15 a.m. Plaintiff's counsel indicates that that parties have reached a settlement. At the next status, both counsel need to call in to discuss with the Court how they would request to structure the dismissal of this case. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.