# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> PACHIN ENTERPRISES, INC., an Illinois corporation <br><br> Defendant. | Case No.: 24 C 12670 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Beth W. Jantz |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Todd Miller
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on October 23, 2025, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1. Joint Notice and Consent to Exercise of Jurisdiction By a United States Magistrate Judge

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS, Plaintiffs
s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: October 23, 2025

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 23, 2025, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

      s/John J. Toomey
      ARNOLD AND KADJAN, LLP
      35 E. Wacker Drive, Suite 600
      Chicago, IL 60601
      Telephone No.: (312) 236-0415
      Facsimile No.: (312) 341-0438
      Dated: October 23, 2025