UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:24−cv−12670
Honorable Franklin U. Valderrama

Pachin Enterprises, Inc., an Illinois corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

MINUTE entry before the Honorable Beth W. Jantz: Telephonic status hearing on settlement held on 10/23/25 and continued to 11/12/25 at 10:45 a.m. The parties have filed their joint consent [24]. The status hearing will be cancelled, and no one need call in, if a stipulation to dismiss is filed with the Magistrate Judge prior to the hearing. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required.Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.