IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> PACHIN ENTERPRISES, INC., an Illinois corporation <br><br> Defendant. | Case No.: 24 C 12670 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Beth W. Jantz |

RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITHOUT
PREJUDICE AS TO DEFENDANT

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and Defendant, PACHIN ENTERPRISES, INC., an Illinois corporation, through its attorney, TODD A. MILLER, ALLOCCO, MILLER and CAHILL, P.C., and stipulate and agree pursuant to FRCP Rule 41(a)(1)(i) dismisses the above captioned case without prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned pursuant to an installment agreement.

Upon payment in full of the note balances as set forth in the Settlement Agreement, which is attached, this case shall be dismissed with prejudice on November 1, 2027.

The court shall retain jurisdiction to enforce the terms of the Settlement Agreement upon reinstatement of the case in the event of a breach.

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Plaintiffs <br> s/John J. Toomey <br> ARNOLD AND KADJAN, LLP <br> 35 E. Wacker Drive, Suite 600 <br> Chicago, Illinois 60601 <br> (312) 236-0415 | PACHIN ENTERPRISES, INC., <br> a dissolved Illinois corporation <br> Defendant <br> s/Todd Miller <br> s/Kathleen Cahill <br> Allocco, Miller & Cahill, P.C. <br> 20 N. Wacker Drive, Suite 3517 <br> Chicago, Illinois 60606 <br> 312-675-4325 |

## INSTALLMENT NOTE – PENSION AND WELFARE

**$58,420.20 principal and 6% interest**          **September 9, 2025**

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FUNDS** the principal sum of **Fifty Five Thousand and 00/100 ($55,000)** Dollars.

Employer shall make a down payment of $10,000 on October 1, 2025 and shall make the following payments:

| #   | Date               | Amount    |
|-----|--------------------|-----------|
| 1.  | November 1, 2025   | $2,421.01 |
| 2.  | February 1, 2026   | $2,421.01 |
| 3.  | March 1, 2026      | $2,421.01 |
| 4.  | April 1, 2026      | $2,421.01 |
| 5.  | May 1, 2026        | $2,421.01 |
| 6.  | June 1, 2026       | $2,421.01 |
| 7.  | July 1, 2026       | $2,421.01 |
| 8.  | August 1, 2026     | $2,421.01 |
| 9.  | September 1, 2026  | $2,421.01 |
| 10. | October 1, 2026    | $2,421.01 |
| 11. | November 1, 2026   | $2,421.01 |
| 12. | February 1, 2027   | $2,421.01 |
| 13. | March 1, 2027      | $2,421.01 |
| 14. | April 1, 2027      | $2,421.01 |
| 15. | May 1, 2027        | $2,421.01 |
| 16. | June 1, 2027       | $2,421.01 |
| 17. | July 1, 2027       | $2,421.01 |
| 18. | August 1, 2027     | $2,421.01 |
| 19. | September 1, 2027  | $2,421.01 |
| 20. | October 1, 2027    | $2,421.01 |

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after default/maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, LLP, 35 E. WACKER DRIVE, SUITE 600, CHICAGO, IL 60601** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several. All parties hereto severally waive presentment for payment, notice of dishonor and protest.

For the audit period January 1, 2017 through December 31, 2021

Pachin Enterprises, Inc.
a dissolved Illinois corporation

By: _____
Noah Ballines, President

By: _____
Noah Ballines, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of Case No. 24 C 12670 in the Federal District Court for the Northern District of Illinois.