# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

                                            Plaintiff,

v.                                                                                   Case No.:
                                                                                     1:24−cv−12670

                                                                                     Honorable Beth W.
                                                                                    Jantz

Pachin Enterprises, Inc., an Illinois corporation

                                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The parties have filed a Rule 41(a)(1)(A)(ii) Stipulation of Dismissal Without Prejudice as to Defendant [27]. This case is dismissed without prejudice, to automatically convert to a dismissal with prejudice on 11/1/27, unless either party moves to reinstate or files a stipulation of dismissal with prejudice on or before said date. In light of the foregoing, all pending deadlines and court dates, including the status hearing set for 11/12/25 [26], are stricken. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.